1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
   Chief, Civil Division
3  John C. CUSKER, CSBN 148227
   Special Assistant United States Attorney
4        333 Market St., Ste. 1500
         San Francisco, Ca. 94105
5        Tel. (415) 977-8975
         FAX: (415) 744-0134
6        Email: john.cusker@ssa.gov

7  Attorneys for Defendant
   Commissioner of Social Security
8

9              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
10                  EASTERN DIVISION

11

12  CHARLES D. HOLT.                )  EDCV 08-00383 (FMO)
                                    )
13      Plaintiff,                  )  JUDGMENT
                                    )
14      v.                          )
                                    )
    MICHAEL J. ASTRUE, Commissioner )
15  of Social Security,             )
                                    )
16      Defendant.                  )
                                    )
17  _____)

18

19      The Court having approved the parties' Stipulation to Voluntary Remand

20  Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

21  ("Stipulation for Remand") lodged concurrent with the lodging of the within

22  Judgment of Remand,

23      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

24  above-captioned action is remanded to the Commissioner of Social Security for

25  further proceedings consistent with the Stipulation for Remand.

26  Dated:10/10/08

27                          _____/s/_____

28                          FERNANDO M. OLGUIN

                            UNITED STATES MAGISTRATE JUDGE